UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR BRUNO JONES,<br><br>        Plaintiff,<br><br>v.<br><br>IVAN D. CLAY et al,<br><br>        Defendant. | Case Number: CV09-01066 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Bruno Jones
V-79612
Growlersburg Conservation Camp
5440 Longview Lane
Georgetown, CA 95634

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: January 11, 2010

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk